IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                              NO. 4:12CR00207-DPM

TATIANA ROSA GREEN                                                    DEFENDANT

**ORDER**

Defendant's pending motion to withdraw her request for pretrial release (Docket entry #21), and to reserve her right to revisit the issue of release at a later time, is GRANTED. The motion for release from custody (#18) is DENIED as moot. The bond hearing scheduled for December 5, 2012, at 10:00 a.m. is canceled.

IT IS SO ORDERED this 4th day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE